IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00032-RLV-DSC

| | |
|---|---|
| JOHN CURTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAFÉ ENTERPRISES, INC. D/B/A ) | |
| FATZ CAFÉ, F/K/A FATZ CAFÉ, INC. ) | |
| (A NORTH CAROLINA ) | |
| CORPORATION), ) | |
| ) | |
| Defendant. ) | |
| ) | |

**BEFORE THE COURT** is its own motion modifying the jury trial date. The Court notes that Magistrate Judge Cayer recently granted the parties' Joint Motion for Extension of Time to File Dispositive Motions. [Doc. 17]. As a result, Defendant's Motion for Summary Judgment [Doc. 18] didn't become ripe until late September, which places a corresponding order in close proximity with the jury trial date. Accordingly, the Court amends the pretrial scheduling order to state that this case will be scheduled for the Statesville Trial Term beginning **January 9, 2017**.

**SO ORDERED.**

Signed: October 7, 2016

Richard L. Voorhees
United States District Judge