# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JOHN CURTIS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-CV-00032-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CAFÉ ENTERPRISES, INC. d/b/a | ) | |
| FATZ CAFÉ, f/k/a FATZ CAFÉ, INC. | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2016, Order.

                                                Signed:  November 21, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court